■ ELIZABETH JOHNAS, Respondent, v VALMORE A. PELLETIER et al., Respondents, and WINTHROP LABORATORIES, INC., Appellant.—Appeals (1) from an order of the Supreme Court at Special Term (Hughes, J.), entered May 29, 1985 in Albany County, which denied the motion of defendant Winthrop Laboratories, Inc., to modify a discovery order, and (2) from an order of said court, entered September 25, 1985 in Albany County, which denied the motion of defendant Winthrop Laboratories, Inc., for renewal.

Defendant Winthrop Laboratories, Inc., seeks to modify a discovery order by redacting certain information in documents turned over to the other parties to this action. Inasmuch as the other parties had already reviewed the documents and were aware of the material to be redacted, the relief sought is moot and Special Term properly denied the motion.

Orders affirmed, with costs to respondents filing briefs. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.

■ In the Matter of CAPITAL NEWSPAPERS, DIVISION OF THE HEARST CORPORATION, Respondent, v THOMAS M. WHALEN, III, as Mayor of the City of Albany, et al., Appellants.—Motion for permission to appeal to the Court of Appeals granted, without costs. No issue of fact was considered by this court. Pursuant to CPLR 5713, this court certifies that the following question of law, decisive of the correctness of its determination, has arisen, which in its opinion ought to be reviewed by the Court of Appeals: "Did this court err, as a matter of law, in modifying Special Term's judgment by reversing so much thereof as required disclosure of the papers of the late Erastus Corning, II, for the years 1980-1983 relating solely to his personal activities and those made or received in his capacity as Chairman of the Albany County Democratic Committee, remitting the matter to Special Term for further proceedings, and, as so modified, affirming the judgment?" Kane, J. P., Casey, Yesawich, Jr., Levine and Harvey, JJ., concur.